**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVON R. HAYES, | |
| Plaintiff, | No. 3:11-cv-168 |
| v. | (JUDGE CAPUTO) |
| JEFFREY BEARD, *et. al.*, | (MAGISTRATE JUDGE SMYSER) |
| Defendants. | |

**ORDER**

**NOW** this 6th day of August, 2012, upon review of the Report and Recommendation of Magistrate Judge J. Andrew Smyser (Doc. 71) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that the Report and Recommendation (Doc. 115) is **ADOPTED IN PART AND REJECTED IN PART**. Plaintiffs claims for retaliation (Part 5) and Eighth Amendment medical claim (Part 3) will be allowed to proceed against Defendant Pieczynski. The balance of the Report and Recommendation is **ADOPTED** to the extent it is not inconsistent with that determination. This matter is **RECOMMITTED** to Magistrate Judge Smyser for further proceedings .

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge